## HAMILTON v. THE STATE.

Monday, December 14.

APPEAL from the Warren Circuit Court.

Per Curiam.—The judgment in this case is affirmed for the reasons given in Gillespie v. The State, at the present term (1).

The judgment is affirmed with costs.

R. A. Chandler, for the appellant.
J. W. Gordon, for the state.

(1) 9 Ind. R. 380.